UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELISA KNIGGE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. 3:18-cv-05283-BAT<br><br>**ORDER OF REMAND** |

The parties stipulate that this case should be remanded for further proceedings. Dkt. 17. Accordingly, it is **ORDERED** that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff a hearing; obtain necessary medical expert evidence; further consider opinion evidence pursuant to 20 CFR § 416.927; further consider Plaintiff's subjective complaints pursuant to 20 CFR § 416.929 and Social Security Ruling 16-3p; further consider Plaintiff's residual functional capacity; obtain supplemental vocational expert evidence; and issue a new decision. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 42 U.S.C. § 2412 *et seq*.

DATED this 25th day of January, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF REMAND - 1